UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON POGOSIAN,<br><br>    Petitioner,<br><br>    v.<br><br>ERNESTO SANTACRUZ, JR., ETC., ET AL.,<br><br>    Respondents. | No. ED CV 26-540-SRM(E)<br><br>ORDER REQUIRING ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

Based on the Petition filed herein:

IT IS HEREBY ORDERED that Respondent file an Answer to the Petition within twenty-three (23) days of the date of this Order.

IT IS FURTHER ORDERED that, if Petitioner desires to file a Reply to the Answer, Petitioner shall do so within fifteen (15) days of the date that the Answer is filed.

///

///

///

///

IT IS FURTHER ORDERED that Respondent shall give timely notice of any court proceeding to any person who is a "crime victim" within the meaning of 18 U.S.C. section 3771.

IT IS FURTHER ORDERED that the Clerk of this Court shall forthwith serve a copy of the Petition and this Order upon the United States Attorney for the Central District of California, counsel for Respondent, and the Clerk shall serve a copy of this Order upon Petitioner.

DATED:  February 12, 2026.

                    /S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE