**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVON POGOSIAN,<br><br>                    Petitioner,<br><br>          v.<br><br>ERNESTO SANTACRUZ, JR., ETC., *et al,*<br><br>                    Respondents. | No. ED CV 26-540-SRM(E)<br><br>ORDER FOR ENTRY OF JUDGMENT |

On February 6, 2026, Petitioner, then a detainee of Immigration and Customs Enforcement, filed a "Petition for a Writ of Habeas Corpus" ("the Petition"). On April 28, 2026, the Court granted on an interim basis some of the relief sought in the Petition, including Petitioner's release from detention. See "Order Granting Preliminary Injunction," filed April 28, 2026.

On April 30, 2026, the Magistrate Judge ordered that, by May 7, 2026, the parties show good cause, if there be any, why the Court should not enter a final judgment granting the relief ordered on an interim basis in the April 28, 2026 preliminary injunction, and otherwise dismissing the Petition without prejudice. The Magistrate Judge cautioned the parties that "[f]ailure timely to respond to this Order may be deemed consent to the entry of such a final judgment." Neither Petitioner nor Respondents timely responded to the Magistrate Judge's April 30, 2026 Order.

Accordingly, and for the reasons stated in the "Order Granting Preliminary Injunction," filed April 28, 2026, it is ordered that Judgment be entered:  (1) ordered that Respondents release Petitioner from immigration custody on the same conditions of parole existing before Petitioner's re-detention; (2) ordering Respondents not to impose any other release conditions on Petitioner, unless deemed necessary at a future pre-deprivation bond hearing; and (3) enjoining Respondents from re-detaining Petitioner without notice of the reasons for why they intend to re-detain him and without a pre-deprivation hearing before a neutral decision maker, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing.

**IT IS SO ORDERED.**

Dated: May 12, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

2