JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON POGOSIAN, | No. ED CV 26-540-SRM(E) |
| Petitioner, | |
| v. | JUDGMENT |
| ERNESTO SANTACRUZ, JR., ETC., *et al*., | |
| Respondents. | |

Pursuant to the "Order for Entry of Judgment," it is adjudged that:  (1) Respondents are ordered to release Petitioner from immigration custody on the same conditions of parole existing before Petitioner's re-detention; (2) Respondents are ordered not to impose any other release conditions on Petitioner, unless deemed necessary at a future pre-deprivation bond hearing; and (3) Respondents are enjoined from re-detaining Petitioner without notice of the reasons for why they intend to re-detain him and without a pre-deprivation hearing before a neutral decisionmaker, unless

//

//

//

special circumstances exist that justify immediate re-detention and a post-deprivation hearing.

**IT IS SO ORDERED.**

Dated: May 12, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE